## SHIVES v. FROHBERG.

No. 2976.   Opinion Filed November 4, 1913.

(136 Pac. 399.)

**APPEAL AND ERROR—Motion for New Trial—Necessity.** Syllabus same as **State v. Poor,** 33 Okla. 376, 125 Pac. 726.

(Syllabus by the Court.)

*Error from Superior Court, Pottawatomie County;*
*George C. Abernathy, Judge.*

Action by W. E. Shives against Amelis Frohberg. Judgment for defendant, and plaintiff brings error. Dismissed.

*Crump & Skinner* and *Blakeney & Maxey,* for plaintiff in error.

*J. H. Woods, S. A. Sheldon,* and *J. H. Miley,* for defendant in error.

PER CURIAM. This proceeding in error is brought to reverse a judgment rendered upon a demurrer to the evidence, and the errors complained of consist only of errors alleged to

have occurred on the trial. The record fails to disclose that a motion for a new trial was filed in the trial court, which motion is necessary in order to review the errors complained of. *State v. Poor,* 33 Okla. 376, 125 Pac. 726; *Stump v. Porter et al.,* 31 Okla. 157, 120 Pac. 639; *State v. Adams,* 31 Okla. 775, 123 Pac. 1127; *Campbell v. Lane,* 31 Okla. 757, 123 Pac. 1061.

The motion to dismiss is sustained.